# PULLP

111 B℘ADWAY, 8ᵀᴴ F㏌OOR
NEW YORK, NEW YORK 10006
TELEPHONE:  (212) 571-1255

JONATHAN URETSKY*
CELL: (917) 861-5676
DIRECT DIAL: (212) 571-1164
E-MAIL:  uretsky@pullp.com
*ADMITTED IN NEW YORK, NEW JERSEY & WASHINGTON, D.C.

54 RIDGECREST ROAD, SUITE 111
STAMFORD, CONNECTICUT 06903
T: (203) 529-5191

111 TOWN SQUARE PLACE, SUITE 1203
JERSEY CITY, NEW JERSEY 07310
T: (973) 685-6747

January 19, 2023

**VIA EMAIL**
The Honorable Jed S. Rakoff
United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

    Re: *SEC v. GEL Direct Trust, et al 22-cv-09803-JSR (SDNY)*

Hon. Rakoff:

  Yesterday, pursuant to the Court's Individual Rules #2(b), counsel for all parties called Chambers and spoke with Adam Kern about Defendants' contemplated motion to dismiss the referenced matter. Mr. Kern recommended we submit this letter application.

  Currently, the Defendants' deadline to answer, move or otherwise respond is tomorrow, January 20, 2023. The case management conference is currently scheduled for next Tuesday, January 24, 2023. Defendants respectfully request that their time to answer, move or otherwise respond to the Complaint be extended until a new date can be set at Tuesday's case management conference, when a briefing schedule for the motion to dismiss can also be set.

  The SEC indicated that it had no objection to this request.

            Respectfully submitted,

            Jonathan Uretsky, Esq.
            *Counsel for Defendants*

So ordered

/s/ Jed S. Rakoff

January 19, 2023