```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISISON,<br><br>            Plaintiff,<br><br>      -v-<br><br>GEL DIRECT TRUST, GEL DIRECT LLC, JEFFREY K. GALVANI, STUART A. JEFFERY,<br><br>            Defendants. | 22-cv-9803 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On February 3, 2023, defendants moved to dismiss the Complaint. See ECF No. 28. After full briefing, the Court heard oral argument on defendants' motion on Friday, March 10, 2023.

Upon due consideration, the Court hereby denies defendants' motion. The Court will issue an opinion setting forth the reasons for this ruling in due course. The Clerk is respectfully directed to close document number 28 on the docket of this case.

SO ORDERED.

Dated: New York, NY

March 16, 2023

_____
JED S. RAKOFF, U.S.D.J.