1                  UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF NEW YORK

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                     Plaintiff,       )
6                                     )
     vs.                              )    Civil Action No.
7                                     )    1:22-cv-09803-JSR
     GEL DIRECT TRUST,                )
8    GEL DIRECT, LLC,                 )
     JEFFREY K. GALVANI,              )
9    STUART A. JEFFERY,               )
                                      )
10                   Defendants.      )
     _____)
11

12

13

14

15              VIDEOCONFERENCE DEPOSITION OF

16                      JEFFREY HOLIK

17                 Wednesday, June 7, 2023

18                     9:02 a.m. CT

19

20

21

22

23

     Reported by:
24   Marcia S. McEntee
     CSR No. 13399
25   Job No. 230607MSM

                                                          1

```
 1      A    I can't, but it doesn't mean very much because,

 2  you know I -- I just can't.  It's not a question I know

 3  the answer to.

 4      Q    Other -- other than that time period that you

 5  were in what you're characterizing as a policy position at

 6  NASD, have you held any appointment since graduating from

 7  law school in 1978 that was not involved in law?

 8      A    No.  I would say what I'm currently doing,

 9  serving as an expert witness, is not a legal job.

10      Q    Other than that?

11      A    No.

12      Q    Do you hold any securities licenses?

13      A    I do not.

14      Q    Do you have any professional licenses or

15  certifications other than your law license?

16      A    No.

17      Q    Do you have any disciplinary history with any --

18  court or professional organization?

19           THE COURT REPORTER:  I'm sorry, Counsel.  Can you

20  repeat that question again?  I'm sorry.

21  BY MR. BERNSTEIN:

22      Q    Sure.  Do you have any disciplinary history with

23  any court, bar, or professional organization?

24      A    No.

25      Q    Have you ever been sanctioned by any Court or
```

17

1      A     Yes.

2      Q     All right.  So when you spoke to Mr. Uretsky at

3 the inception of your engagement, what did defense counsel

4 ask you to do?

5      A     To consider giving an opinion on whether GEL was

6 operating and acting in a capacity that would require

7 registration with the SEC as a broker.

8      Q     Anything else?

9      A     I don't think so.

10     Q     All right.  So now I'm going to share the next

11 exhibit.  This is not new -- okay.

12           Can you see your expert report now?

13     A     Yes.

14     Q     Okay.  Great.  So --

15     A     Oops.  Just lost it.

16     Q     Let me try this again.  Okay.

17           Mr. Holik, can you see Exhibit 39 in front of you

18 now?

19     A     Yes.

20     Q     And is Exhibit 39 -- again, these exhibits should

21 be in your folder too, so if you want to look at them that

22 way, you can.  But Exhibit 39 is a copy of -- you

23 identified that as a copy of the expert report that you

24 initially provided in this case.

25     A     Okay.

25

1  vetting or due diligence in accepting the relationship.

2  That is what I can recall right now.

3      Q      Your appendix does not include any page numbers

4  or other identifying references to the specific documents

5  that you reviewed.  How could I reconstruct a list of the

6  specific documents/materials that you looked at in

7  reaching the conclusions in your report?

8      A      I don't know.

9      Q      Is that something that you could reconstruct?

10     A      I don't know.

11     Q      What work, Mr. Holik, if any, did you perform on

12 this matter other than reviewing the documents and

13 materials listed in the appendix to your report?

14     A      I interviewed the defendants.  Actually, there is

15 a list of the steps that I took in methodology subsection

16 of my supplemental report.

17     Q      Yeah, so we'll talk about your supplemental

18 report in a moment.

19     A      Okay.

20     Q      Right now I'm focussing on the work that you did

21 prior to the issuance of your initial report in this

22 matter.

23     A      Yes --

24     Q      Well, what work -- and my understanding based on

25 your supplemental report is that you interviewed the

28

1   Office of Market Regulation at the SEC was engaged in

2   issuing what they call -- it was in 2001 -- "interim

3   final rules," not adopting, but -- but enacting,

4   regulating the -- I've lost my train of thought.

5         The interim final rules implementing the push-out

6   provisions of Gramm-Leach-Bliley and specifically the

7   implementing the rules surrounding the facts that the

8   banks were no longer exempt entirely from engaging in

9   activities without having to be registered.  And I worked

10  very close during 2000 and 2001 with staff -- in my role

11  as acting general counsel of NSAD regulation, I worked

12  very closely with Kate McGuire who was then the chief

13  counsel of the division of regulation and Bob Colby who

14  was the deputy director.  I worked very closely with them

15  in -- in figuring out how to draw the line between

16  permissible banking activities on the one hand and

17  activities that required registration as a broker on the

18  other hand.

19        And that is really what I'm referring to here,

20  is a number of hours spent with these senior federal

21  regulators whose job it was to define the parameters of

22  broker activities, and I learned a lot from them.  And

23  that is what is being reflected here.

24      Q      So is there any set methodology that exists for

25  making this determination that you are pointing to beyond

                                                          35

1   just your experience working with that group of regulators

2   approximately 15 to 20 years ago?

3        A      I don't think I understand the question.

4        Q      Well, maybe I can rephrase it.  You said that you

5   followed the methodology employed by federal securities

6   regulators.  And I'm asking you how I can determine what

7   that methodology is.  Where can I go to see that?

8        A      The case law.  Case law and SEC guidances.

9        Q      Going to the next section of your methodology

10  section of your report, you write:  I became familiar with

11  the longstanding factors identify -- identified and

12  applied by the division by the SEC -- let me start over.

13  Let me try to read that.

14            So you write, Mr. Holik, in -- in your report in

15  the second sentence of the methodology section, "There

16  I became familiar with the longstanding factors identified

17  and applied by the SEC Division of Market Regulation, now

18  the Division of Trading and Markets, to determine whether

19  a person should register as a broker."  Did I read that

20  correctly?

21       A      Yes.

22       Q      Again, are these the factors that out of case law

23  and SEC rules?

24       A      SEC rules and guidances, yes.

25       Q      And case law?

36

1    A    Yes.  But, you know, guidances meaning things

2  like no-action letters, the explanatory material in

3  preambles to rules.  I mean there's a body of guidance out

4  there indicating and revealing how the SEC, which is the

5  keeper of the rules -- how they go about interpreting

6  whether activity represents broker activity that requires

7  registration.

8    Q    Do the factors that are considered to determine

9  whether a person is acting as a broker change or evolve

10  over time?

11    A    I think they -- they do.

12    Q    How did you determine the current factors used to

13  determine whether a person should register as a broker?

14    A    I'm not sure I understand the question.

15    Q    Well, you just told me that the factors can

16  evolve or change over time, and you left NASD

17  approximately 17 years ago.  So I'm -- I want to

18  understand how in forming the opinions and conclusions in

19  your report you determined, if you did, what the current

20  applicable factors are.

21    A    Through a review of applicable guidances.

22    Q    Did you look at case law?

23    A    I looked somewhat at case law, but I was looking

24  more for SEC no-action letters and guidances.

25    Q    If we go to Roman Numeral 5 -- continues which

37

1      Q      And ultimately the Courts have the final say on

2  what constitutes broker activity.  Do you agree?

3      A      Yes.

4      Q      So when you set out to determine what factors you

5  were going to identify as broker's activity, were you

6  looking at only SEC interpretive guidance?

7      A      No.  I'm -- I'm sure the SEC's guidance over the

8  years has been informed by the judicial outcomes.

9      Q      So did you review the case law to determine what

10 the factors that are considered indicative of broker

11 activity are?

12     A      I did not do an exhaustive piece of legal

13 research, no.

14     Q      Did you -- when you were reviewing the SEC's

15 guidance on these issues, did you see that that kind of

16 cite to case law?

17     A      Yes.  In some cases it does, of course.

18     Q      Are there factors that are considered hallmarks

19 of brokerage activity other than the specific factors that

20 you listed here on pages 9 and 10 of your report?

21     A      There -- there may be, yes.

22     Q      So how did you decide which factors to include in

23 your list versus which factors not to include on your

24 list?

25     A      I put what I thought were the leading factors.

                                                              54

1     Q     And what is your basis for saying those are the

2  leading factors?

3     A     Just my knowledge and experience.

4     Q     Anything else?

5     A     No.

6     Q     So, for example, one factor that Courts and the

7  guidance considers indicative of brokerage activity is

8  transaction-based compensation.  Would you agree with

9  that?

10     A     Yes.

11     Q     Okay.  But you do not include that on your list

12  as a hallmark factor; correct?

13     A     I -- I don't.  But I do speak to it in my report.

14     Q     Why?  Why did you not include transaction-based

15  compensation in your list of hallmark factors here?

16     A     Because I think it is really in some ways outcome

17  determinative in a -- in a -- in a disingenuous way

18  intellectually.  Oftentimes in my experience evaluating

19  the way the SEC interprets things and behaves, if someone

20  is receiving transaction-based compensation, it really

21  pretty much doesn't matter what else they are doing or not

22  doing.  They are going to be deemed operating in a way

23  that requires registration.

24           And I confess to a certain amount of cynicism

25  there, but I think that the transaction-based compensation

55

1    A    I don't think it's a hallmark.  No, I don't think

2  that was my testimony.  I think my testimony was I don't

3  think it's a hallmark factor.

4    Q    And do you not believe that transaction-based

5  compensation is a hallmark because that is your opinion or

6  because that is what the Courts and the SEC have

7  determined?  I just -- the Courts -- let me step back.

8         Would you agree with me that the Courts and the

9  SEC view transaction-based compensation as a hallmark

10 factor?

11   A    Could -- you've asked me a couple of questions.

12 Could you repeat the questions --

13   Q    Absolutely.

14   A    -- please?

15   Q    Would you agree that the case law and the SEC's

16 interpretive guidance consider transactions --

17 transaction-based compensation to be a hallmark factor?

18   A    I don't know that I agree with that, no.

19   Q    And why don't you agree with that?

20   A    Because I don't.  I don't know what to say.  I --

21 that is not how I interpret it.

22   Q    What is the basis of that conclusion?

23   A    Maybe it's an understanding or a consensus around

24 what a hallmark is.

25   Q    So all right.  So, Mr. Holik, you're the expert.

                                                          57

1  a factor that is indicative of broker activity?

2      A    I don't really understand the -- all the -- the -

3  I don't understand the question.  Some of the terms that

4  you've used I'm not sure I fully understand.

5      Q    Well, okay.  Maybe I can read it again more

6  slowly.  Is the handling of securities or funds of others

7  in connection with securities transactions a factor that

8  is indicative of broker activity?

9      A    I suppose yes.  But it might depend on what the

10 handling is.

11     Q    And had you seen both in the case law and the

12 SEC's guidance that that is considered a factor that can

13 be indicative of broker activity?

14     A    Depending upon what the "handling" means, yes.

15     Q    Okay.  What would the "handling" have to mean?

16     A    I -- I can't answer that question in the

17 abstract.

18     Q    Why did you not address this factor in your

19 report?

20     A    I'm not sure I understand the question.  Where --

21 in what section of the report?  You're sort of assuming

22 that I would agree that I should have included it.  And

23 where would I have included it?  In this list that we've

24 been talking about here at the -- what page are we on?

25 I can't see.

                                                              59

1    Q    Yeah, we're on -- we're on page 9 and 10 of your
2  report.  And so in this section of your work, in your
3  report, you're going through different factors that you
4  believe are indicative of brokerage activity.  And so I'm
5  trying to get an understanding of why you did not address
6  the other factors that may be indicative of brokerage
7  activity even if just to explain why they are not
8  applicable here.
9    A    No particular reason.  It was meant to be
10 illustrative.
11   Q    Did GEL handle securities and funds of its
12 customers?
13   A    What do you mean by "handle"?
14   Q    Were GEL's customers' funds put into accounts
15 controlled by GEL?
16   A    Yes.
17   Q    And did GEL --
18   A    I'm sorry.  I'm sorry.  Sorry.  Are you talking
19 about the banks?
20   Q    What do you mean?  Bank accounts and both -- yes,
21 bank accounts.
22   A    Okay.  Bank accounts, yes.
23   Q    And did GEL instruct the movement of money in and
24 out of those accounts?
25   A    They passed customer instructions.

60

1      A      No.

2      Q      Do you identify any specific SEC no-action letter

3   that you believe support your opinions and conclusions in

4   this case?

5      A      I -- I didn't find anything directly on that on

6   point on a specific level.

7      Q      Let's go to page 10 of your report.  Go to the

8   middle of the paragraph on page 10 of your report.  You

9   write, "Essentially, the SEC claimed here that GEL must

10  register because it assists investors in transacting

11  lawful securities business that regulators wish would

12  cease to exist."  Did I read that one correctly?

13     A      Yes.

14     Q      What is your basis for your statement that

15  regulators wish that this type of securities business

16  would cease to exist?

17     A      Because in my experience the SEC and FINRA are

18  very concerned about fraud, money laundering, and other

19  serious problems in the thinly traded microcap securities

20  area.  The regulators spend I'm sure from their

21  perspective an inordinate amount of resources trying to

22  combat those issues and problems and challenges.  And so,

23  in my opinion, if they had their druthers, they would just

24  have the market cease to exist.

25     Q      And do you have any support for that opinion or

73

1   basis for that opinion?

2       A    Just my -- I don't know -- 25, 30 years of

3   observing the financial services regulatory arena.

4       Q    And based on that, do you believe that the SEC

5   and FINRA want to completely stop this part of the market?

6       A    That certainly they are concerned about the fraud

7   in the market.  They want to eliminate the fraud in the

8   market.

9       Q    And do you believe that that is a real risk for

10  fraud in the markets?

11      A    Yes.

12      Q    And you do you agree that registration of

13  participants is one way to help safeguard against fraud

14  including money laundering and some of the other items

15  that you've listed?

16      A    It really depends on what you mean by

17  "participant."  Not here.

18      Q    Are you writing in the second sentence of this

19  paragraph, "not all acts of participation in the life

20  cycle of a securities transaction trigger a registration

21  requirement"?

22      A    Yes.

23      Q    Did I read that right?

24           All right.  Is the participation a key point

25  in the chain of distribution of securities transactions

                                                          74

1  a factor that is considered in determining whether someone

2  is a broker?

3      A    Yes, depending on what the participation and the

4  key points are.  I mean, it's a great general statement.

5  And yes, I'm familiar with it.  It exists in the body of

6  precedent, but the devil is in the details.  What is

7  participation?  What are the key points?

8      Q    Based also -- let me -- let me ask another --

9  thank you for that.

10          So you talk about the key points in the chain of

11  distribution.  Does your report identify and analyze the

12  key points in the chain of distribution with respect to

13  the transactions at issue in this case?

14      A    It does not.

15      Q    Based on your review of the materials in this

16  case, do you have an understanding that GEL's customers

17  were in most cases looking for a way to deposit and then

18  sell their penny stock securities?

19      A    Yes.

20      Q    Did you evaluate GEL's participation in the chain

21  of distribution of its customer securities?

22      A    Yes.

23      Q    Why was that not identified or addressed in your

24  report?

25      A    Can't answer that.

75

1      Q     Did GEL -- I think we already talked about this.

2  But GEL received trade order instructions from its

3  customers that it would route to executing brokers;

4  correct?

5      A     Correct.

6      Q     And was the receipt and then routing of trade

7  order instructions a point in the chain in the

8  distribution?

9      A     Yes.

10     Q     Did GEL ever provide executing brokers

11 instructions on price and volume terms?

12     A     Could you repeat that question?

13     Q     Yes.  Did GEL ever provide executing brokers

14 instructions on price and volume terms?

15     A     Yes.

16     Q     Did you have an opportunity to review the

17 Bloomberg chats showing communications between GEL and the

18 executing brokers?

19     A     I've looked at some.  Yes.

20     Q     And are you characterizing those back-and-forth

21 conversations between GEL and the executing brokers in the

22 Bloomberg chat as merely clerical?

23     A     Yeah.

24     Q     And what is your basis for saying that?

25     A     How they looked to me.

                                                          77

1      Q      Anything else?

2      A      The brokers have the -- the broker-dealer

3  receiving the instructions also has obligations if there

4  was anything unclear.  They would be required to seek

5  clarification.

6      Q      Right.  But that doesn't -- are you done?

7      A      Yes.  Thank you.

8      Q      Yeah, I think that doesn't go to the issue of

9  whether the communication itself was clerical.  I want to

10  understand if there is any other bases for you determining

11  that those type of Bloomberg chats were merely clerical in

12  nature.

13      A      No, I have no other basis.

14      Q      Did the sale of GEL's customers' securities

15  settle in the GEL custodian accounts?

16      A      At the -- at the broker-dealers, you mean?

17      Q      So no.  So my understanding -- and you can

18  correct me if I'm wrong -- is that the -- the sales were

19  made through DVP accounts of the executing brokers, but

20  that the trades actually settled in the custodian accounts

21  because that is where the shares were being held.

22      A      Yes, that is my understanding as well.

23      Q      Yeah.  Okay.  So did the sales of the GEL's

24  customer securities settle in the GEL custodian account?

25      A      As far as I know, yes.

78

1      A     Yes.

2      Q     If we go to page 10 again of your report, which

3  is Exhibit 39, you write in the middle paragraph, "The SEC

4  recognizes that persons who perform largely ministerial or

5  clerical functions with respect to securities transactions

6  need not register as brokers."  Did I read that correctly?

7      A     Yes.

8      Q     What is your basis for concluding that the SEC

9  recognizes that persons who perform largely ministerial or

10 clerical functions need not register as brokers?

11     A     Based on my understanding of no-action letters

12 over the years, there is a carve-out from ministerial and

13 clerical activity.

14     Q     And what are the activities that constitute

15 ministerial or clerical function?

16     A     I think it is a broad-based -- it's, you know,

17 facts and circumstances.

18     Q     Are you aware of any listing or identification of

19 those factors that have been provided either by the SEC or

20 in the case law?

21     A     I'm not sure I understand the question.  You mean

22 a written one?

23     Q     If I wanted to go somewhere to determine what

24 constitutes ministerial or clerical function for this

25 purpose, how could I determine that?

                                                          80

1      A     By doing research.

2      Q     And so you would do research of the case law and

3  SEC no-action letters?

4      A     Yes.

5      Q     And --

6      A     Treatises.

7      Q     And is there a comprehensive list or place where

8  those factors are identified anywhere?

9      A     The best resource that -- the best single

10 resource that I'm aware of is, there was a treatise

11 written a few years ago with a chapter on broker

12 definition written by Bob Colby.  I referenced him before.

13 He was the deputy director of market regulation, and then

14 he went to private practice, and now he is the general

15 counsel of FINRA.

16        But of all the resources that I'm remembering off

17 the top of my head right now, that one strikes me as

18 a very comprehensive compilation of the law on the

19 question of what constitutes a broker.

20     Q     And that treatise you believe sets out a list or

21 identification of what services constitute merely clerical

22 or ministerial services?

23     A     I don't know that it is an exclusive list.

24     Q     But it includes a list?

25     A     Well, I don't know what you mean by "list."

81

1    Q    And am I correct that those instructions could

2  have come in the form of a phone call, a text, or an

3  e-mail?

4    A    Yes.

5    Q    You then write, "I saw no evidence that any

6  investor ever was confused or misled."

7    A    Yes.

8    Q    What is your basis for that statement?

9    A    Based on everything I read, saw, I saw no

10 evidence.

11   Q    Did you talk to any of GEL's customers?

12   A    I did not.

13   Q    How is when an investor was confused or misled

14 relevant to the determination of whether GEL was required

15 to register as a broker?

16   A    Because I think it is relevant to the important

17 question of whether there is a need for regulation.

18   Q    Similarly, you write, "I am not aware that any

19 investor, bank, or broker-dealer complained about GEL's

20 services."  Do you see that?

21   A    Yes.

22   Q    And, again, that is just based on your review of

23 the documentary material that was provided in this case?

24   A    The documentary and -- material as well as the

25 review of transcripts as well as my interviews with the

88

 1  defendants.

 2      Q     Did you have any communications with any bank or

 3  broker-dealer that did business with GEL --

 4      A     I did not.  Not -- no, I did not.

 5      Q     Again, how is whether an investor claimed or

 6  a broker-dealer complained about GEL services relevant to

 7  a determination as to whether GEL is required to register

 8  as a broker?

 9      A     Same answer as before.

10      Q     That is that it goes to the issue of whether

11  there is a need for regulation?

12      A     Yes, in my opinion.

13      Q     All right.

14          MR. BERNSTEIN:  We've been going for about an

15  hour and a half.  Why don't we take another break if that

16  is okay with everyone.

17          John, I don't have much -- I don't -- it is up

18  to you.  I have a habit of taking a lunch break.  But

19  I actually don't have that much more, so I will let you

20  two decide whether or not you want to power through or --

21  as to my questions I probably have an hour left, maybe not

22  even an hour, so.

23          THE WITNESS:  I vote for powering through.

24          MR. BERNSTEIN:  Okay.  Fair enough.

25          John, is that okay with you?

                                                        89

1    GEL account?

2        A    At the bank.

3        Q    Yes.  At the GEL account at the bank.

4        A    Yes.

5        Q    Did the banks put any restrictions on GEL's use

6    or disbursements of those securities?

7        A    I don't know.

8        Q    You go on to write on page 5 of your supplemental

9    report, "Likewise, executing broker-dealers knew that GEL

10   was acting in an agency capacity on behalf of the

11   beneficial owners of shares, and they reported sales

12   transactions directly to the custodial banks."  Did I read

13   that correctly?

14       A    Yes.

15       Q    And, again, what is your basis for that

16   conclusion?

17       A    And, again, it is information that I learned from

18   interviewing the defendants as well as some review of

19   documents and information.

20       Q    And how is that important or relevant to your

21   conclusions and opinions in this case, if at all?

22       A    Because from my perspective and in my opinion,

23   the fact that the executing broker-dealers were aware that

24   GEL was acting on behalf of GEL's customers together with

25   the regulatory expectations and the duties that FINRA

93

1    imposes on the executing broker-dealers together -- taken

2    together, those things, in my opinion, weigh on the

3    question of whether additional regulation is needed here

4    by way of requiring GEL to register, or whether given the

5    level of awareness on the part of the broker-dealers and

6    their regulatory responsibilities to proactively police

7    for fraud and other behavior of concern in these markets

8    whether a registration of GEL is required.  I think that

9    is the relevance of it.

10        Q    So -- so, again, the issue of -- well, whether

11   there is a need for regulation based on your review of the

12   material?

13        A    Yeah, that is certainly a big part of it.  It is

14   the other end of the pipe; it is the end of the pipe, that

15   is already, in my opinion, adequately regulated by

16   securities regulators through their oversight of the

17   executing broker-dealers.

18        Q    Let's go -- going back now to Exhibit 39, which

19   is your initial expert report.  I want to go to page 11 of

20   that.  And at page 11 we get to your opinion with respect

21   to the banks not being under SEC jurisdiction.  Do you see

22   that?

23        A    Yes.

24        Q    Is it my understanding -- strike that.

25             Is your opinion in this section, section C,

94

1   of the Opinion section of your report that the SEC did not

2   have jurisdiction over the custodial bank accounts and

3   that those were subject to federal banking regulation?

4        A    I would put that in the present tense.  Yes.

5        Q    Okay.  So why -- maybe it is better for you to

6   provide what your opinion is than it is for me rephrase it

7   for you.  So what is your opinion that you provide in

8   section C of the Opinion section of the report?

9        A    Of that the custodial activities and accounts at

10  the banks are not subject to SEC jurisdiction.

11       Q    All right.  Is it your contention that the fact

12  that GEL used banks regulated by banking laws impacts

13  whether they were required to be registered as brokers

14  under the securities law?

15       A    Yes, it does.

16            And -- and the reason being that a good part of

17  the foundation for the SEC's case is that GEL is involved

18  in custodial activities on behalf of its customer and that

19  those custodial activities require broker-dealer or broker

20  registration.

21            And so my opinion is that a good part of the

22  foundation of the case does not sort of hold water

23  intellectually because all of the custodial activities are

24  already -- at the banks are already fully regulated, so we

25  don't need the SEC running in and requiring GEL to

95

1  register as a broker because any of the things -- because

2  of any of the things that are going on at the banks.

3     Q    So, again, that goes to your point that you don't

4  believe that regulation is necessary here because the

5  custodial banks are already regulated by federal banking

6  laws?

7     A    It goes to that, but I think it goes a little bit

8  farther.  It goes to whether the hallmark factors whether

9  the factors that comprise, you know, whether someone

10 acting as a broker exists because you're claiming -- not

11 you personally -- but the complaint alleges that the

12 custodial activities that go on at the banks are -- is

13 behavior for which GEL ought to be registered as a broker.

14 I guess my opinion is I don't see how intellectually that

15 holds water.

16    Q    All right.  Is your opinion -- would you agree

17 with me, though, that the custodial bank accounts were GEL

18 accounts, in other words, weren't individual accounts in

19 customers' names?

20    A    Yes.

21    Q    And would you agree that any insurance or other

22 protections over the custodial accounts would apply to the

23 GEL account -- the GEL account?

24    A    Could you clarify the question?  When you say any

25 "insurance," would you be more specific?

96

1  learn quite a bit about the extent to which custodial bank

2  activities involving securities are actually not subject

3  to SEC jurisdiction.

4          And then when I got over to the bank, there is

5  this safekeeping and custody exception.  That is what

6  Reg R calls the kind of traditional banking activities

7  involving securities and custodial activities.  And I got

8  involved when I was working at the bank on counseling the

9  bank to ensure that the bank consistent with OCC guidance

10 was operating within the parameters of the exception.

11         So that is how I sort of got to the conclusion

12 when I looked at the facts of this case that these

13 custodial accounts at the banks do not appear to be

14 subject to SEC jurisdiction.

15    Q    Right.  But I do want to kind of break it up and

16 be a little bit more specific.

17         So there is the custodial banks and their

18 activities, and I think maybe we can agree that the banks

19 themselves are not subject to SEC jurisdiction.  Did you

20 agree with that?

21    A    Yeah, I agree that the banks are certainly not

22 subject to SEC --

23    Q    So is it your opinion, though, that the

24 activities in GEL using those banks cannot be subject to

25 SEC jurisdiction?

                                                          98

1      A      I believe they are not.  Right, that is my

2  opinion, they are not --

3      Q      So --

4      A      Can I finish?

5      Q      Yeah.

6      A      My opinion is that they should not be subject to

7  SEC jurisdiction because they are already -- all of their

8  activities, no misbehavior, any accounting irregularity,

9  any refusal or failure by GEL to honor customer

10  instructions, to the extent that any of that is occurring

11  as a result of or arising out of these accounts at the

12  banks that are fully regulated, yes, my opinion is the SEC

13  does not have jurisdiction over that.

14      Q      And to clarify, in your first statement you said

15  SEC should not have jurisdiction, and then in your last

16  statement you said that the SEC does not have

17  jurisdiction.  I want to understand if it is your opinion

18  that they should not have jurisdiction, or do you have

19  a basis for saying that they do not have jurisdiction?

20      A      I'm sorry.  They do not have jurisdiction.  And

21  my basis is what we really just talked about.

22      Q      And do you have any legal or other authority to

23  support that conclusion?

24      A      Yes.  It would be Reg R, Gramm-Leach-Bliley, the

25  push-out provisions, and then Regulation R that was issued

                                                            99

1    by the banking -- jointly by the SEC and the banking

2    regulators in 2007.  And it talks about custodial and

3    safekeeping accounts.  That would be my basis.

4         Q    And do you agree with me that the regulation or

5    provisions apply to banks?

6         A    Yes.

7         Q    And do you also agree with me that GEL is not

8    a bank?

9         A    Yes.

10        Q    And do you believe that you are in a better

11   position than the Court to determine whether the SEC has

12   jurisdiction over GEL in this case?

13        A    I -- I can't answer that.  It would be

14   presumptuous of me to say I'm in a better position.

15   I will say, however, that I have 25 or 30 years of

16   experience in financial services, including an intensive

17   experience on the application of Gramm-Leach-Bliley and

18   the jurisdictional limits that the SEC has over bank

19   activities.

20             And I do think I'm highly knowledgeable and

21   experienced in that area, but -- but to say that I'm in

22   a better position than the Court, no, I probably wouldn't

23   say that.

24        Q    If we go to page 12 of your report, we get to the

25   next one of your opinions, and that relates to the fact

1      Q     But did GEL actually identify its underlying

2   customers to the executing brokers, who they were?

3      A     I don't know.

4      Q     Who was the executing broker's customer?

5      A     GEL.

6      Q     You go on to write in this section of your

7   report:  Moreover, as gatekeepers to the public securities

8   market, broker-dealers are expected by securities

9   regulators to take steps proactively to strengthen their

10  controls to detect and deter potential fraud involving

11  low-priced securities and then thereby protect investors

12  from financial harm.

13          Did I read that correctly?

14     A     Yes.

15     Q     And would you agree not only does that serve to

16  protect investors, but it can also serve to protect the

17  market itself?

18     A     Yes.

19     Q     And do you believe that this gatekeeper function

20  is an market protection?

21     A     Yes.

22     Q     You go on to write that "there is evidence that

23  the executing broker-dealers conduct a due diligence and

24  oversight of the accounts consistent with regulatory

25  requirements and expectations."  Did I read that

                                                          102

1          MR. URETSKY:  Objection to form.  Guys, hold on.

2   I wanted to get an objection in there just for -- if you

3   can just clarify which law firm it is, so we know it's not

4   me.

5          MR. BERNSTEIN:  Which law firm it was?  Yes, I --

6          MR. URETSKY:  I mean, I know it's Lucosky,

7   Brookman.  My main point is it is not defense counsel.

8          MR. BERNSTEIN:  Correct.

9          MR. URETSKY:  Not GEL's current defense counsel.

10         MR. BERNSTEIN:  Agreed.

11  BY MR. BERNSTEIN:

12     Q    Mr. Holik, would you consider that service that

13  GEL was providing to the customers having the outside

14  law firm review the securities to determine that they

15  could be deposited and traded is ministerial or clerical

16  function?

17     A    I don't know.  I would consider it to be a risk

18  management function.

19     Q    Okay.  So going back to what we were just talking

20  about in the due diligence that the executing brokers were

21  performing, in your opinion, did the executing broker

22  firms perform any due diligence on GEL's underlying

23  customers?

24     A    I don't know.

25     Q    So can you tell us like you did for the other

                                                              105

1  sections we just went through what the opinion is that you

2  were offering in this section of the report?

3      A    The opinion is the securities sales at issue in

4  this case are already subject to regulation by the SEC and

5  FINRA.

6      Q    And why is that relevant, if it is, to the

7  determination of whether GEL was required to register as

8  a broker?

9      A    Because from a policy perspective, it is

10  appropriate to inquire as to whether regulation would

11  protect investors, protect markets, or -- on the other

12  hand, impede the development of technological advances and

13  efficiencies and cost reductions to the marketplace.  And

14  so the question of whether behavior of concern is being

15  called out in the complaint is already subject to

16  regulatory oversight and control, to me, in my opinion,

17  is highly relevant.

18          And I actually learned that from Kate McGuire and

19  the folks at the SEC years ago.  And it is one of the

20  things that they look at, is the need -- before they sort

21  of jump into a field and say, "We're going to regulate

22  it," they sort of look to see what the existing landscape

23  is.  So to me it is relevant.

24      Q    Okay.  Can there be more than one registered

25  broker in the chain of distribution on a securities

**(424) 239-2800**

1  transaction?

2      A      I'm not sure I -- I understand the question.

3      Q      So you're familiar with the term "introducing

4  broker"?

5      A      Yes.

6      Q      What is an introducing broker?

7      A      And introducing broker is an order-taker,

8  a storefront, a low -- high -- a low capital requirement

9  broker-dealer that served as the interface essentially

10 between a customer and a clearing firm.

11     Q      And an introducing broker needs to be registered?

12     A      Yes.

13     Q      You mentioned in your answer the term "clearing

14 firm."  Is a clearing broker another type of broker that

15 might be involved in the chain of distribution?

16     A      Yes.

17     Q      And what does a clearing broker do?

18     A      A broker that actually holds customer funds, goes

19 into the marketplace, and obtains the execution of

20 a transaction.

21     Q      And clearing brokers have to be registered as

22 well?

23     A      Yes.

24     Q      And we've been talking about executing brokers;

25 correct?

107

1     A    Yes.

2     Q    And what does an executing broker do?

3     A    Well, an executing broker-dealer I'm assuming

4  we're talking about introducing brokers.  An executing

5  broker-dealer is not a third category of broker.  There

6  are introducing brokers; there are clearing brokers.  I'm

7  not -- I'm not familiar with a separate, distinct legal

8  or regulatory category called "executing brokers."  I

9  think it --

10    Q    So you're not familiar with industry parlance for

11  executing brokers?

12    A    I am, but I don't think it's a separate species

13  of broker-dealer.

14    Q    You -- before you said that introducing brokers

15  were typically the front-office client-facing broker --

16    A    Yes.

17    Q    -- correct?

18    A    Yes.

19    Q    And here the executing brokers were GEL-facing;

20  is that fair?

21    A    Sure.

22    Q    Is there any exception to registration that

23  applies based on the fact that another broker involved in

24  a securities transaction is already registered?

25    A    No.

108

1    Q    And seeing them both on the same documents, does

2   that refresh your recollection about why this document was

3   important?

4    A    Again, to the point that I've been making, yes.

5   It reflects the knowledge -- communication, transparency,

6   and knowledge involved.

7    Q    All right.  Thank you.

8        MR. URETSKY:  And you can take this down if you

9   don't mind.

10       I guess I have one sort of conclusory -- I'm sure

11  it's come up.  But in your expert opinion, sir, did GEL

12  need to register as a broker?

13       THE WITNESS:  No, they did not.

14       MR. URETSKY:  I have nothing further.  Thank you.

15       MR. BERNSTEIN:  Thanks.  Okay.

16       So, Jon, if you just want -- if you have only got

17  one document, I can -- we can let the witness go, and

18  I can -- do you want to just -- me to call you or you to

19  call me all about the Court scheduling issues?

20       MR. URETSKY:  I can -- we can either call, or

21  I thought you had said we were going to do it from here.

22  Or if that is too hard, I will just call you.

23       MR. BERNSTEIN:  I think the phone may be better.

24  You're kind of breaking up a little bit.

25       MR. URETSKY:  Oh, I'm sorry.  I was unaware.

                                                        130

REPORTER'S CERTIFICATE

I, the undersigned Certified Shorthand Reporter, holding a valid and current license issued by the State of California, do hereby certify:

That said proceedings were taken down by me in shorthand at the time and place therein set forth and thereafter transcribed under my direction and supervision.

I further certify that I am neither counsel for nor related to any party to said action nor in any way interested in the outcome thereof.

Before completion of the deposition, review of the transcript [ ]was [x] was not requested.

The dismantling, unsealing, or unbinding of the original transcript will render the Reporter's certificate null and void.

IN WITNESS WHEREOF, I have subscribed my name on this date:  June 9th, 2023.

_____
Marcia S. McEntee
Certified Shorthand Reporter, No. 13399

133